**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

KIWASKI R VAUGHN
VENITA A VAUGHN
P O BOX 140492
NASHVILLE, TN  37214

Case No. **13-10648-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-8868     SSN XXX-XX-3589

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **04/28/2014**. The deadline for filing claims by governmental units was **06/16/2014**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NASHVILLE ATHLETIC CLUB<br>% FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN  37070-7070 | $1,071.12<br>DATE FILED: 12/19/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1669**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 1 |
| DR BARRY W BECK<br>FOX COLLECTION CENTER INC<br>P O BOX 528<br>GOODLETTSVILLE, TN  37070 | $74.95<br>DATE FILED: 12/19/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4825**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 2 |
| GOLD SKIN CARE<br>% FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN  37070 | $253.43<br>DATE FILED: 12/19/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3389**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 3 |

| | | |
|---|---|---|
| RADIOLOGY ALLIANCE<br>FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN  37070 | **$305.00**<br>DATE FILED: 12/19/2013 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6032**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 4 |
| ASCENSION CAPITAL GROUP<br>% EXETER FINANCE CORP<br>P O BOX 201347<br>ARLINGTON, TX  76006 | **$0.00**<br>DATE FILED: 01/03/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **1013**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SOUTHERN HILLS EMERGENCY<br>DEPARTMENT<br>REVENUE RECOVERY CORPORATION<br>P O BOX 50250<br>KNOXVILLE, TN  37950 | **$460.00**<br>DATE FILED: 01/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1100**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 5 |
| NASHVILLE THMS EMERGENCY<br>DEPARTMENT<br>REVENUE RECOVERY CORPORATION<br>P O BOX 50250<br>KNOXVILLE, TN  37950 | **$860.00**<br>DATE FILED: 01/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0121**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 6 |
| NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH STREET<br>NASHVILLE, TN  37246 | **$382.38**<br>DATE FILED: 01/08/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8170**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 7 |

| | | |
|---|---|---|
| EXETER FINANCE CORP<br>P O BOX 204480<br>DALLAS, TX  75320 | **$18,673.95**<br>DATE FILED: 03/18/2014 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 21<br><br>ACCT: **1013**<br>COMM: 10 NISSAN ALTIMA |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **100.00 % + 3.25%** | COURT'S CLAIM# 19 |
| TITLE AUTO LOAN OF DONELSON<br>2428 LEBANON PIKE<br>NASHVILLE, TN  37214 | **$0.00**<br>DATE FILED: 01/13/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: VEHICLE |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| APOLLO GROUPING<br>4615 E ELWOOD ST<br>PHOENIX, AZ  85040 | **$0.00**<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |
| HORIZON MEDICAL CENTER<br>CAPIO PARTNERS LLC<br>2222 TEXOMA PKWY STE 150<br>SHERMAN, TX  75090 | **$0.00**<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$657.00**<br>DATE FILED: 04/23/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4547**<br>COMM: CREDIT CARD-CAPITAL ONE BANK NA |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 24 |

| | | |
|---|---|---|
| TROY CAPITAL LLC<br>2660 SOUTH RAINBOW BLVD STE D104<br>LAS VEGAS, NV  89146 | $6,030.08<br>DATE FILED: 01/28/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1901**<br>COMM: CITIFINANCIAL AUTO CRED |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 11 |
| CREEKWOOD PROPERTY MANAGEMENT<br>T PATRICK WALL III<br>223 MADISON ST STE 207<br>MADISON, TN  37115 | $2,688.32<br>DATE FILED: 04/28/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3176**<br>COMM: JUDGMENT 13GT7245-1322 QUAIL VALLEY RD |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 25 |
| ESURANCE AN ALLSTATE<br>CREDIT COLLECTION SERVIC<br>P O BOX 9134<br>NEEDHAM HEIGHTS, MA  02494 | $0.00<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |
| CAVALRY SPV I LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | $1,120.12<br>DATE FILED: 02/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2873**<br>COMM: GE RETAIL BANK/CARE CREDIT |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 15 |
| US DEPT OF EDUCATION<br>P O BOX 530229<br>ATLANTA, GA  30353-0229 | $17,720.45<br>DATE FILED: 01/29/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3589**<br>COMM: STUDENT LOAN 798581/GLELSI |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 12 |

```
LVNV FUNDING                          $0.00              UNSECURED CREDITOR (H)
15 SOUTH MAIN STEET ST 600      DATE FILED: 01/13/2014   Disb level: 41
GREENVILLE, SC   29601
                                                         ACCT:
                                                         COMM:

                                TRUSTEE'S CLAIM NO: 19   COURT'S CLAIM#
                                PERCENT ALLOWED: 9.00 %

MEDICAL NASHVILLE GENERAL             $0.00              UNSECURED CREDITOR (H)
HOSPITAL                        DATE FILED: 01/13/2014   Disb level: 41
ROBINSON REAGAN AND YOUNG
105 BROADWAY SUITE 300                                   ACCT:
NASHVILLE, TN   37201                                    COMM:

                                TRUSTEE'S CLAIM NO: 20   COURT'S CLAIM#
                                PERCENT ALLOWED: 9.00 %

MEDICAL CANE RIDGE DENTIST            $0.00              UNSECURED CREDITOR (H)
INTEGRITY SOLUTION SERVI        DATE FILED: 01/13/2014   Disb level: 41
P O BOX 7230
OVERLAND PARK, KS   66207                                ACCT:
                                                         COMM:

                                TRUSTEE'S CLAIM NO: 21   COURT'S CLAIM#
                                PERCENT ALLOWED: 9.00 %

MEDICAL EHRA MED SVCS OF              $0.00              UNSECURED CREDITOR (H)
TENNESSEE                       DATE FILED: 01/13/2014   Disb level: 41
DECA FINANCIAL SERVICES
10500 KINCAID DRIVE STE 150                              ACCT:
FISHERS, IN   46037                                      COMM:

                                TRUSTEE'S CLAIM NO: 22   COURT'S CLAIM#
                                PERCENT ALLOWED: 9.00 %

NATIONAL PROCESSING SERVICE           $0.00              UNSECURED CREDITOR (H)
CASHNET                         DATE FILED: 01/13/2014   Disb level: 41
707 WEST 38TH ST SUITE 326
DENVER, CO   80209                                       ACCT:
                                                         COMM:

                                TRUSTEE'S CLAIM NO: 23   COURT'S CLAIM#
                                PERCENT ALLOWED: 9.00 %
```

| Creditor | Amount | Status |
|---|---|---|
| NAVIENT SOLUTIONS INC ON BEHALF OF DEPT OF ED<br>DEPARTMENT OF EDUCATION SERVICING<br>P O BOX 740351<br>ATLANTA, GA  30374 | **$39,853.18**<br>DATE FILED: 07/17/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8868**<br>COMM: STUDENT LOAN/SALLIE MAE/MDLC |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 26 |
| SALLIE MAE INC<br>TSAC BANKRUPTCY DEPARTMENT NGS<br>P O BOX 173695<br>DENVER, CO  80217 | **$8,429.51**<br>DATE FILED: 01/15/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3589**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 8 |
| STORPLACE OF HICKORY HOLLOW<br>M AND M CREDIT<br>6324 TAYLOR DR<br>FLINT, MI  48507 | **$132.00**<br>DATE FILED: 01/15/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6738**<br>COMM: SERVICES |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 9 |
| WATERFORD CROSSING APARTMENT<br>5825 CROSSING BLVD<br>ANTIOCH, TN  37013 | **$0.00**<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |
| WESTERN FUNDING<br>P O BOX 94858<br>LAS VEGAS, NV  89193 | **$0.00**<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| WESTERN FUNDING<br>P O BOX 94858<br>LAS VEGAS, NV  89193 | **$0.00**<br>DATE FILED: 01/13/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# |
| SPRINT<br>6391 SPRINT PARKWAY<br>OVERLAND PARK, KS  66251 | **$0.00**<br>DATE FILED: 01/13/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 30<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| METRO WATER SERVICES<br>1700 THIRD AVE NORTH<br>NASHVILLE, TN  37208 | **$272.01**<br>DATE FILED: 01/16/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 31<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 10 |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | **$17,500.00**<br>DATE FILED: 04/04/2014 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **3923**<br>COMM: REPLACEMENT VEHICLE/2013 HYUNDAI ELENTRA(E)/PER A/O 03/13/14/INLAND BANK |
| | TRUSTEE'S CLAIM NO: 32<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 21 |
| PRIORITY INSURANCE AGENCY INC<br>1355 LYNNFIELD RD STE 160<br>MEMPHIS, TN  38119 | **$136.34**<br>DATE FILED: 02/21/2014 | INSURANCE PREMIUM (U)<br>Disb level: 12<br><br>ACCT: **0648**<br>COMM: REPLACEMENT VEHICLE (2013 HYUNDAI ELANTRA);SEE A/O 03/13/14 |
| | TRUSTEE'S CLAIM NO: 33<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 16 |

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195 | **$263.51**<br>DATE FILED: 02/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8633**<br>COMM: SPRINT PCS/TELECOM/COLLECTO US ASSET MANAGEMENT INC |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 14 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | **$275.67**<br>DATE FILED: 02/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5702**<br>COMM: AMSOUTH BANK CHECKING/RJM ACQUISITIONS LLC |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 13 |
| TSAC<br>% ATTORNEY GENERAL OFF BK DIV<br>P O BOX 20207<br>NASHVILLE, TN  37202 | **$0.00**<br>DATE FILED: 03/07/2014 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 36<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| QUANTUM3 GROUP LLC<br>GALAXY ASSET PURCHASING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | **$797.43**<br>DATE FILED: 03/07/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7014**<br>COMM: BANK OF MARIN |
| | TRUSTEE'S CLAIM NO: 37<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 17 |
| CERASTES LLC<br>WEINSTEIN PINSON AND RILEY<br>P O BOX 3978<br>SEATTLE, WA  98124 | **$460.00**<br>DATE FILED: 03/07/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8660**<br>COMM: CASHNET USA |
| | TRUSTEE'S CLAIM NO: 38<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 18 |

| | | |
|---|---|---|
| CERASTES LLC<br>WEINSTEIN PINSON AND RILEY<br>P O BOX 3978<br>SEATTLE, WA  98124 | **$1,381.20**<br>DATE FILED: 03/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **E-01**<br>COMM: SPOTLOAN |
| | TRUSTEE'S CLAIM NO: 39<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 20 |
| SOUTHERN HILLS MEDICAL CENTER<br>% RESURGENT CAPITAL SVCS<br>P O BOX 1927<br>GREENVILLE, SC  29602 | **$154.14**<br>DATE FILED: 04/08/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6549**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 40<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 22 |
| AMERICAN INFOSOURCE AS AGENT FOR<br>DIRECTV LLC<br>MAIL STATION N387 2230 E<br>IMPERIAL HWY<br>EL SEGUNDO, CA  90245 | **$603.65**<br>DATE FILED: 04/18/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5145**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 41<br>PERCENT ALLOWED: **9.00 %** | COURT'S CLAIM# 23 |

TOTAL $123,900.10

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 07/28/2014<br>DATE | JRH<br>INITIALS | /s/ Henry E. Hildebrand, III<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    KIWASKI R VAUGHN
    VENITA A VAUGHN
    P O BOX 140492
    NASHVILLE, TN 37214

ADRIENNE NICOLE TRAMMELL
2594 B MURFREESBORO RD
NASHVILLE, TN 37217